

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

December 30, 2019

<u>VIA ECF</u>
The Honorable Jesse M. Furman, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Kraft v. CompuCom Systems, Inc.</u>, 1:19-cv-04574 (JMF)

Dear Judge Furman:

      This firm represents the Plaintiff. We write, in accordance with Your Honor's Individual Rules and Practices in Civil Cases, Rule 1(E) to respectfully request an extension of time to file an opposition to Defendant's motion to dismiss (the "Motion"), which is presently due on January 9, 2020. This is the second request of its kind. The first request was granted. Defendant consents to this request. There are presently no appearances scheduled before the Court.

      The reason for the request is that Plaintiff's counsel requires some additional time to respond to the Motion because of certain scheduling conflicts and the recent and upcoming Holidays. Plaintiff, accordingly, respectfully requests that his time to file an opposition to Defendant's motion to dismiss be extended to January 23, 2020.

      We thank the Court for its time and attention to this matter.

                                Respectfully submitted,
                                LIPSKY LOWE LLP


                                <u>s/ Christopher H. Lowe</u>
                                Christopher H. Lowe

      CC:    Eli Z. Freedberg (Via ECF)
              Maria Cristina Caceres-Boneau (Via ECF)

*The deadline to oppose Defendant's motion to dismiss is EXTENDED to January 23, 2020. Further extensions likely will not be granted. The Clerk of Court is directed to terminate ECF No. 37. SO ORDERED.*

*December 30, 2019*